IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDDIE LEON WILLIAMS                                                                      PLAINTIFF

v.                          Civil No. 4:14-cv-04096

SHERIFF BENNY SIMMONS; and
JAIL ADMINISTRATOR KIM CULP                                                  DEFENDANTS

## ORDER

Plaintiff has filed a Motion to Stay (ECF No. 26). He asks for the case to be stayed until he is released from prison at which time he would petition the Court to reopen the case. Defendants have not responded to the Motion.

The Motion (ECF No. 26) is **GRANTED.** This case is stayed and administratively terminated. All other pending motions should be terminated. Plaintiff may file a Motion to Reopen this case at a later date.

IT IS SO ORDERED this 14th day of January 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**